**NOT DESIGNATED FOR PUBLICATION**

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

**05-1370**

**ROBERTS REPAIR SERVICE, LTD.**

**VERSUS**

**HECK INDUSTRIES, INC.**

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT,
PARISH OF VERNON, NO. 71,436,
HONORABLE JOHN C. FORD, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

**JIMMIE C. PETERS
JUDGE**

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses G. Thibodeaux, Chief Judge, Jimmie C. Peters and J. David Painter, Judges.

**AFFIRMED.**

**Christopher M. Sylvia, Esq.**
**Faircloth, Vilar & Elliott, L.L.C.**
**Post Office Box 12730**
**Alexandria, LA 71315**
**(318) 442-9533**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
    Roberts Repair Service, Ltd.

**Craig L. Kaster**
**Craig L. Kaster & Associates**
**Post Office Box 815**
**22730 Old Scenic Highway**
**Zachary, LA 70791**
**(225) 658-5450**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    Heck Industries, Inc.